PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Michael Summers ) | Case No.   0860 4:14CR00211 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Michael Summers__, have discussed with __William Fennell__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/12/14        _____  12-12-14
Signature of Defendant   Date       Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    12-19-14
Signature of Defense Counsel                 Date

The Assistant U.S. Attorney [X] does [ ] does not concur with this modification.
[X] The above modification of conditions of release is ordered, to be effective on __1-5-15__
[ ] The above modification of conditions of release is not ordered.

_J. Thomas Ray_                    1-5-15
Signature of Judicial Officer                Date