PS 42
(Rev 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| Michael Summers | ) Case No. 0860 4:14CR00211 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Michael Summers_____, have discussed with _____William Fennell_____, Pretrial Services Probation Officer, modifications of my release conditions as follows:

The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/12/14           _____  12-12-14
Signature of Defendant   Date              Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      12-19-14
Signature of Defense Counsel                Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on  1-5-15
☐ The above modification of conditions of release is not ordered.

_____                      1-5-15
Signature of Judicial Officer               Date