### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:14CR00211-18 DPM

MICHAEL SUMMERS

## ORDER

On October 23, 2014, the Court conducted a Plea and Arraignment and thereafter released Defendant on bond. Among other things, Defendant was ordered to submit to random drug testing, and to participate in inpatient drug treatment, to be followed with chemical-free living until all charges are resolved.

While the Court imposed those conditions, the corresponding conditions on Defendant's bond papers, "7(n)" and "7(o)," are not checked. Accordingly, the October 23, 2014 Order Setting Conditions of Release (*doc. 96*) is MODIFIED to reflect that Defendant must participate in drug testing and drug treatment as originally ordered by the Court.

IT IS SO ORDERED this 5th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE